IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLY RENEE GISSENDANER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOMER BRYSON, Commissioner, )<br>  Georgia Department of Corrections; )<br>)<br>BRUCE CHATMAN, Warden, )<br>  Georgia Diagnostic and )<br>  Classification Prison; )<br>)<br>OTHER UNKNOWN EMPLOYEES )<br>AND AGENTS, )<br>)<br>  Georgia Department of Corrections, )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No. 15-CV-689 |

**ORDER**

Before the Court comes Plaintiff's unopposed motion for a twenty-one-day extension of time to file her response to Defendants' motion to dismiss. As counsel for Respondent does not oppose this motion, and for good cause shown, Plaintiff's motion is GRANTED. Plaintiff shall have until May 28, 2015, to file her response.

SO ORDERED, this  5th   day of May, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ Gerald W. King, Jr.*
GERALD W. KING, JR.
Federal Defender Program, Inc.
101 Marietta Street NW, Suite 1500
Atlanta, Georgia 30303
(404) 688 7530
Georgia Bar No. 140981