IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLY RENEE GISSENDANER, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOMER BRYSON, Commissioner, ) <br>     Georgia Department of Corrections; ) <br> ) <br> BRUCE CHATMAN, Warden, ) <br>     Georgia Diagnostic and Classification ) <br>     Prison; ) <br> ) <br> OTHER UNKNOWN EMPLOYEES ) <br> AND AGENTS, ) <br> ) <br>     Georgia Department of Corrections, ) <br> ) <br>     Defendants. ) <br> _____ ) | Civil Action No. 15-CV-689 |

**ORDER**

The parties have consented to a seven-day extension of time for the Plaintiff to file her response to Defendants' motion to dismiss. Plaintiff's extension is GRANTED. Plaintiff shall have until June 11, 2015, to file her response.

1

SO ORDERED, this 5th day of June, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

Consented to by:

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.
(Ga. Bar No. 140981)
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Gerald_King@fd.org

/s/Beth Burton
Beth A. Burton
(Ga. Bar No. 027500)
Deputy Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
404-656-3499
(fax) (404) 651-6459
bburton@law.ga.gov