

## GEORGIA DEPARTMENT OF LAW

40 CAPITOL SQUARE SW
ATLANTA, GA 30334-1300

SAMUEL S. OLENS
ATTORNEY GENERAL

www.law.ga.gov
(404) 656-3300
Direct line: 404-656-7659
Fax: 404-651-6459

June 15, 2015

Sheila Sewell
Courtroom Deputy Clerk for
Judge Thomas W. Thrash
2188 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Re:  Kelly Gissendaner v. Homer Bryson, et. al, Case No. 1:15-CV-689

Dear Ms. Sewell:

I am writing to inform the Court that during June 22, 2015 through July 1, 2015, I am scheduled to be out of state and away from the practice of law.  I am lead counsel in the above referenced action.  I respectfully request that this case not be calendared for hearing during this time period.  Undersigned counsel apologizes for the late notice of this request.  A leave of request was inadvertently filed in the Eleventh Circuit Court of Appeals in late April instead of this Court.

Thank you for assistance in this matter.

Sabrina Graham
Senior Assistant Attorney General

cc: Gerald W. King, Jr.
    Susan C. Casey
    Lindsay N. Bennett