FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

June 15, 2015

*Via ECF*

Courtroom Deputy
United States District Court
 for the Northern District of Georgia
75 Spring Street, S.W.
Atlanta, GA 30303

     Re:    Attorney Leave Notice

Dear Courtroom Deputy:

     This letter is to notify the Court pursuant to LcrR 57.1E(4), NDGa, that I will be out of the office from June 22-26 and July 20-24, 2015. It is respectfully requested that the Court not schedule any court appearances in the below-referenced matters for those dates. Thank you for your consideration in this matter.

     Sincerely,

     */s/ Gerald King*
     Gerald King
     Staff Attorney

cc:    Attorney General, State of Georgia (*via ECF*)

## Case List for Gerald King

| | |
|---|---|
| United States v. Carley Carpenter | Case No. 1:14-CR-00401-WSD-GGB-2 |
| Kelly Renee Gissendaner v. Bryson, et al. | Case No. 1:15-CV-00689-TWT |
| Lyndon Fitzgerald Pace v. Hall, Warden | Case No. 1:09-CV-00467-WBH |
| Virgil Delano Presnell v. Hall, Warden | Case No. 1:07-CV-01267-CC |